**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6019

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LAFAWN DEWAYNE BOBBITT, a/k/a Mandingo, a/k/a Dingo,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:97-cr-00169-JAG-1)

Submitted:  July 24, 2025                                    Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

LaFawn DeWayne Bobbitt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LaFawn DeWayne Bobbitt appeals the district court's order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and conclude that the district court did not abuse its discretion by finding that Bobbitt failed to satisfy the "extraordinary and compelling reasons" criteria for a sentence reduction established by U.S. Sentencing Guidelines Manual § 1B1.13(b), p.s. (2024), and denying Bobbitt's motion on that ground.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we deny Bobbitt's pending motions for appointment of counsel and to grant his requested relief, and we affirm the district court's order.  *United States v. Bobbitt*, No. 3:97-cr-00169-JAG-1 (E.D. Va. Dec. 16, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*